# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Patricia A. | District Court - RI | 5/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Two Exchange Terrace
Providence RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Directors of Roger Williams University School of Law |
| 2. | Manager and Member | ▓▓▓▓▓▓▓▓▓▓ |
| 3. | Director | Rhode Island Bar Foundation |
| 4. | Director | Rhode Island Chapter of Federal Bar Association |
| 5. | Adjunct Professor | Roger Williams University School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 5/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Citizens Bank (pension) |
| 2. | 2017 | Bank of America (pension) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Investment Management (Educational Funds) | | | | | | | | | |
| 2. --MFS Growth Allocation Fund B (MBGWX) | A | Dividend | J | T | | | | | |
| 3. US Treasury EE Bonds | A | Interest | J | T | | | | | |
| 4. Northwest Mutual Life Policy "Adjustable CompLife" | C | Dividend | M | T | | | | | |
| 5. Minnesota Variable Group Universal Life Insurance Policy | | | | | | | | | |
| 6. --Janus Henderson Vit Forty | A | Int./Div. | J | T | | | | | |
| 7. --SFT Wellington CEQ1 | A | Int./Div. | J | T | | | | | |
| 8. --Ivy VIP Value | A | Int./Div. | J | T | | | | | |
| 9. --FID VIP Equity Income | A | Int./Div. | J | T | | | | | |
| 10. --Janus Hend Vit Overseas | A | Int./Div. | J | T | | | | | |
| 11. Membership in ▨▨▨ | C | Distribution | M | U | | | | | |
| 12. Santander Account | A | Interest | L | T | | | | | |
| 13. Santander Account | A | Interest | J | T | | | | | |
| 14. Santander Money Market Account | A | Interest | L | T | | | | | |
| 15. Schwab Account (IRA) | | | | | | | | | |
| 16. --Schwab Govt Money Fund (SWGXX) | A | Interest | K | T | | | | | |
| 17. --Brandes Intl Small Cap (BISMX) | B | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --PIMCO Foreign Bond (PFORX) | A | Dividend | K | T | Buy | 03/01/17 | K | | |
| 19. --Teton Convertible Sec (WESIX) | B | Dividend | M | T | Buy | 07/28/17 | M | | |
| 20. --Western Asset Macro Opportunities (LAOIX) | C | Dividend | M | T | | | | | |
| 21. --Invesco Global Market Neutral (MKNYX) | A | Dividend | | | Sold | 03/01/17 | M | A | |
| 22. --Charles Schwab Bank account | A | Interest | J | T | | | | | |
| 23. --Fidelity Floating Rate HI INCM (FFRHX) | D | Dividend | M | T | | | | | |
| 24. --First Eagle High Yield FD A (FEHIX) | D | Dividend | M | T | | | | | |
| 25. --Invesco Conv Securities FD CL (CNSAX) | B | Dividend | | | Sold | 07/28/17 | M | A | |
| 26. --Pimco 0-5 High Yield Corp B (HYS) | B | Dividend | K | T | | | | | |
| 27. --Fidelity ADV Emerging Mkts Inc (FMKIX) | C | Dividend | L | T | | | | | |
| 28. --SPDR INTL Government TIPS ETF (WIP) | A | Dividend | | | Sold | 03/01/17 | L | A | |
| 29. --Templeton Global Bond Fund | D | Dividend | N | T | | | | | |
| 30. --First Eagle US Value Fund CL (FEVIX) | B | Dividend | K | T | | | | | |
| 31. --Goldman Sachs Small Mid Cap (GSMYX) | A | Dividend | M | T | | | | | |
| 32. --Powershares S&P ETF 500 Low VO (SPLV) | B | Dividend | M | T | | | | | |
| 33. --Western Core Plus Bond (WACPX) | D | Dividend | N | T | Buy | 04/19/17 | J | | |
| 34. | | | | | Buy (add'l) | 09/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Wells Fargo Low Volatility (WLVOX) | A | Dividend | L | T | Buy | 03/01/17 | L | | |
| 36. | | | | | Buy (add'l) | 04/19/17 | K | | |
| 37. DFA US Large Cap Value (DFLUX) | A | Dividend | M | T | Buy | 08/01/17 | M | | |
| 38. --Fidelity Total Emerging MKTS (FTEJX) | A | Dividend | M | T | Buy | 07/31/17 | M | | |
| 39. --Putnam Capital Spectrum FD CL (PVSAX) | A | Dividend | L | T | | | | | |
| 40. --Royce Special Equity FD Invest (RYSEX) | A | Dividend | K | T | | | | | |
| 41. --Invesco All Cap Market Neutral (CPNYX) | A | Dividend | | | Sold | 08/02/17 | M | A | |
| 42. --Schwab S&P 500 Selct Shs (SWPPX) | D | Dividend | M | T | | | | | |
| 43. --First Eagle Overseas (SGOIX) | D | Dividend | L | T | | | | | |
| 44. --Ishares MSCI ETF Emerging MKTS (EEMV) | C | Dividend | | | Buy (add'l) | 04/19/17 | K | | |
| 45. | | | | | Sold | 07/31/17 | M | A | |
| 46. --Powershares ETF S&P INTL (IDLV) | B | Dividend | L | T | | | | | |
| 47. --SCHW Intl SCAP ETF (SCHC) | B | Dividend | M | T | | | | | |
| 48. --SPDR DJ Wilshire Intl Real Est (RWX) | C | Dividend | L | T | | | | | |
| 49. --SPDR DJ Wilshire REIT (RWR) | A | Dividend | J | T | | | | | |
| 50. --Loomis Sayles Senior Flting Rate & Fixed (LSFYX) | C | Dividend | K | T | | | | | |
| 51. --Putnam Capital Spectrum FD CL Y (PVSYX) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Hartford Global Bond (HWDYX) | A | Dividend | K | T | | | | | |
| 53. Schwab Account | | | | | | | | | |
| 54. --Schwab Govt Money Fund | A | Int./Div. | L | T | | | | | |
| 55. --First Eagle US Value (FEVIX) | B | Dividend | K | T | Sold (part) | 01/13/17 | K | A | |
| 56. | | | | | Sold (part) | 08/01/17 | K | A | |
| 57. --Fidelity ADV Emerging Mar (FMKIX) | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 58. --IShares MSCI (EEMV) | B | Dividend | K | T | | | | | |
| 59. --First Eagle Overseas (SGOIX) | A | Dividend | K | T | | | | | |
| 60. --SPDR Nuveen Barclays (SHM) | A | Dividend | | | Sold | 12/13/17 | K | A | |
| 61. --Schwab S&P 500 Select (SWPPX) | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 62. --Templeton Global Bond Fund (TGBAX) | A | Dividend | | | Sold (part) | 04/16/17 | J | A | |
| 63. | | | | | Sold | 12/13/17 | L | A | |
| 64. --SPDR INTL Government (WIP) | A | Dividend | | | Sold | 03/01/17 | J | A | |
| 65. --MKT Vectors ETF (HYD) | B | Dividend | K | T | | | | | |
| 66. --Goldman Sachs Small Mid Cap (GSMYX) | B | Dividend | K | T | | | | | |
| 67. --Lord Abbett Inflation (LIFIX) | A | Dividend | | | Sold | 01/13/17 | J | A | |
| 68. --Loomis Sayles Senior (LSFYX) | B | Dividend | | | Sold | 12/13/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Putnam Capital Spectrum (PVSYX) | A | Dividend | K | T | | | | | |
| 70. --SPDR DJ Wilshire REIT (RWR) | A | Dividend | J | T | | | | | |
| 71. --JP Morgan Tax Aware Income Opp (JTASX) | A | Dividend | K | T | | | | | |
| 72. --PIMCO Foreign Bond (PFORX) | A | Dividend | K | T | Buy | 03/01/17 | J | | |
| 73. | | | | | Buy (add'l) | 12/13/17 | K | | |
| 74. --Western Asset Macro Opportunities (LAOIX) | A | Dividend | K | T | | | | | |
| 75. --Invesco All Cap Market Neutral (CPNYX) | A | Dividend | | | Sold | 08/02/17 | K | A | |
| 76. --Eaton Vance Muni Oppty (EMOIX) | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 77. --Fidelity Total Emerging Mkts (FTEJX) | A | Dividend | K | T | Buy | 07/31/17 | K | | |
| 78. --DFA US Large Cap Value (DFLVX) | A | Dividend | K | T | Buy | 08/01/17 | K | | |
| 79. --JP Morgan Hedged Equity (JHEQX) | A | Dividend | K | T | Buy | 08/02/17 | K | | |
| 80. --Fidelity FLoating Rate Hi Income (FFRHX) | A | Dividend | K | T | Buy | 12/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 5/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

Line 3: Please see the letter from the Committee on Codes of Conduct that I have filed in connection with prior annual Financial Disclosure Reports.

Part VII:

Line 5-10: This life insurance policy provides me with quarterly reports that show the cash value for the policy, the investment gain/loss for the policy and the "unit value" and "units held" in each "account" listed on Lines 6-10. Each of the five accounts is 20% of the total. The statements provide no information about the income earned in each account. I have reported the income for the policy based on the total "investment gain/loss" as it appears in the year-end statement. The income for the underlying accounts is an estimate based on 20% of the total. The names of three of the accounts appear to have changed since 2016. I report them as reflected in December report I received from the insurance company; I am not aware that the name change reflects a purchase or sale.

Line 11: The asset listed on Line 11 is membership in an entity that has never made a distribution to its members. The entity's sole asset, a vacation cottage, is used by the members from time to time; I use an estimate of the value of this use as "income."

Line 15: This IRA is actually two accounts, one in my name and one in my husband's name, managed by the same person at Schwab.

Deletion of Line 69 from 2016 Report: On Line 69 of the 2016 Report, I reported as "partial" the sale of Vanguard Interm Term Tax Exempt (VWIUX); it should have been reported as entirely sold. Otherwise, the information reported for this asset in 2016 is correct. Because it was entirely sold before the end of 2016, it has been deleted from the 2017 Report.

Note: In the process of going through my records to prepare this Report, I considered (for the first time) whether a "time share" in St. John, U.S.V.I. is an asset that should have been reported. This "time share" allows my husband and me to stay for one week during the late fall, but subject to availability. It was purchased for $36,000 in 2006. It generates no income but requires payment of expenses. As far as I know, it has de minimis resale value because it can be used only subject to availabilty, which is limited. Because of hurricanes, I received no benefit in 2017. It does not appear to be required to be reported as it does not fall into any category on the form; I am mentioning it here in an abundance of caution.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sullivan, Patricia A. | 5/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544